IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **GREATER HELLS CANYON COUNCIL,** an Oregon nonprofit corporation; and **OREGON WILD,** an Oregon nonprofit corporation, <br><br>    Plaintiffs, <br><br>    v. <br><br> **DISTRICT RANGER KRIS STEIN,** in her official capacity as District Ranger of the Eagle Cap Ranger District, Wallowa-Whitman National Forest; and **UNITED STATES FOREST SERVICE,** an agency of the United States Department of Agriculture, <br><br>    Defendants, <br><br>    and <br><br> **WALLOWA COUNTY,** a political subdivision of the State of Oregon, <br><br>    Intervenor-Defendant. | Case No. 2:17-cv-00843-SU <br><br> **ORDER** |

**Michael H. Simon, District Judge.**

United States Magistrate Judge Patricia Sullivan issued Findings and Recommendations in this case on June 11, 2018. ECF 63. Judge Sullivan recommended that the Court deny Plaintiffs' Motion for Summary Judgment, grant Defendants' Cross Motion for Summary Judgment, grant Intervenor-Defendant's Cross Motion for Summary Judgment, and strike Plaintiffs' extra-record evidence. Under the Federal Magistrates Act ("Act"), the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Plaintiffs filed a timely objection, and Defendants and Defendant-Intervenor timely responded. As required by Rule 72(b)(3) of the Federal Rules of Civil Procedure, the Court made a de novo determination regarding those portions of the Findings and Recommendations of the Magistrate Judge to which objections were made. The Court ADOPTS Judge Sullivan's Findings and Recommendations (ECF 63). Accordingly, Plaintiffs' Motion for Summary Judgment (ECF 27) is DENIED, Defendants' Cross Motion for Summary Judgment (ECF 38) is GRANTED, Defendant-Intervenor's Cross Motion for Summary Judgment (ECF 39) is GRANTED, and Plaintiffs' extra-record evidence is STRICKEN.

**IT IS SO ORDERED.**

DATED this 17th day of August, 2018.

*/s/ Michael H. Simon*
Michael H. Simon
United States District Judge