IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **GREATER HELLS CANYON COUNCIL,** an Oregon nonprofit corporation; and **OREGON WILD,** an Oregon nonprofit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> **DISTRICT RANGER KRIS STEIN,** in her official capacity as District Ranger of the Eagle Cap Ranger District, Wallowa-Whitman National Forest; and **UNITED STATES FOREST SERVICE,** an agency of the United States Department of Agriculture, <br><br> Defendants, <br><br> and <br><br> **WALLOWA COUNTY,** a political subdivision of the State of Oregon, <br><br> Intervenor-Defendant. | Case No. 2:17-cv-00843-SU <br><br> **JUDGMENT** |

**Michael H. Simon, District Judge.**

Based on the Court's ORDER,

**IT IS ADJUDGED** that this case is DISMISSED.

DATED this 17th day of August, 2018.

                                          */s/ Michael H. Simon*
                                          Michael H. Simon
                                          United States District Judge