Jennifer R. Schemm, OSB #970086
Attorney at Law
602 O Avenue
La Grande, OR 97850
Tel: 541-910-4833
Fax: 541-962-7831
Email: jschemm@eoni.com

Jennifer R. Schwartz, OSB #072978
Law Office of Jennifer R. Schwartz
2521 SW Hamilton Court
Portland, Oregon 97239
Tel: 503-780-8281
Email: jenniferroseschwartz@gmail.com

   Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| **GREATER HELLS CANYON COUNCIL**, an Oregon nonprofit corporation, and **OREGON WILD**, an Oregon nonprofit corporation,<br><br>   Plaintiffs,<br><br>   v.<br><br>**KRIS STEIN,** District Ranger, Eagle Cap Ranger District, Wallowa-Whitman National Forest, in her official capacity; and **UNITED STATES FOREST SERVICE**, an agency of the United States Department of Agriculture,<br><br>   Defendants,<br><br>   and<br><br>   **WALLOWA COUNTY**, a political subdivision of the State of Oregon,<br><br>      Defendant-Intervenor. | Case Number:  2:17-cv-00843-SU<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that the Greater Hells Canyon Council and Oregon Wild, plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District Court's Order (ECF No. 70) and Judgment (ECF No. 71), both dated August 17, 2018, as well as any or all issues or rulings adverse to plaintiffs that are antecedent to or subsumed within these judicial determinations in the above-captioned action.

Dated this 4th day of September, 2018.

*s/ Jennifer R. Schemm*
Jennifer Schemm (OSB # 970086)
Tel: (541) 910-4833
Email: jschemm@eoni.com

*s/ Jennifer R. Schwartz*
Jennifer Schwartz (OSB # 072978)
Tel: (503) 780-8281
Email: jenniferroseschwartz@gmail.com

Attorneys for Plaintiffs

REPRESENTATION STATEMENT

Pursuant to Ninth Circuit Rule 3-2, plaintiffs submit the following Representation Statement.

**Plaintiffs are represented by:**

**Jennifer R. Schemm, OSB #970086**
Attorney at Law
602 O Avenue
La Grande, OR 97850
Telephone: 541-910-4833
Email: jschemm@eoni.com

**Jennifer R. Schwartz, OSB #072978**
Law Office of Jennifer R. Schwartz
2521 SW Hamilton Court
Portland, Oregon 97239
Tel: 503-780-8281
Email: jenniferroseschwartz@gmail.com

**Federal Defendants are represented by:**

**Shaun Pettigrew**
**Lila C. Jones**
U.S. Department of Justice
Environment and Natural Resources Division
601 D Street NW
Washington, D.C. 20004
Telephone: 202-305-3895 (Pettigrew)
Telephone: 202-514-9859 (Jones)
Email: shaun.pettigrew@usdoj.gov
Email: lila.jones@usdoj.gov

**Defendant-Intervenor is represented by:**

**Caroline Lobdell, OSB #021236**
**Scott W. Horngren, OSB #880604**
**Shay S. Scott, OSB #934214**
Western Resources Legal Center
9220 SW Barbur Blvd., Suite 327
Portland, OR 97219
Telephone: (503) 768-8500
Email: clobdell@wrlegal.org
Email: shorngren@wrlegal.org
Email: sscott@wrlegal.org

3 – NOTICE OF APPEAL