**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF OREGON**

**GREATER HELLS COUNCIL, an Oregon nonprofit corporation and OREGON WILD, an Oregon nonprofit corporation**,

Plaintiffs,

v.

**DISTRICT RANGER KRIS STEIN, in her official capacity as District Ranger of the Eagle Cap ranger District, Wallowa-Whitman National Forest; and UNITED STATES FOREST SERVICE, an agency of the United States Department of Agricluture**,

Defendants.

Case No. 3:17-cv-00843-SU

**ORDER**

**Michael H. Simon, District Judge.**

On August 17, 2018, the Court granted summary judgment in favor of Defendants and entered final judgment dismissing the case. ECF 70, 71. On August 29, 2018, Defendants filed a verified Bill of Costs, seeking $1,262.10 for the cost of the IT Department’s computer time converting digital documents and preparing the electronic Administrative Record. ECF 72. Plaintiff did not file any objection to Defendants’ Bill of Costs.

Pursuant to Federal Rule of Civil Procedure 54(d), costs should be allowed to the prevailing party in a civil action. Fees for converting TIFF images to PDF format are taxable as costs. *See In re Online DVD-Rental Antitrust Litig.*, 779 F.3d 914, 932-33 (9th Cir. 2015); *see also* 28 U.S.C. § 1920(4). Defendants are the prevailing party in this action. Accordingly Defendants' Bill of Costs (ECF 72) is GRANTED. Defendants are awarded $1,262.10 in costs pursuant to 28 U.S.C. § 1920.

**IT IS SO ORDERED.**

DATED this ___th day of September, 2018.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge