Jennifer R. Schemm, OSB #970086
Attorney at Law
602 O Avenue
La Grande, OR 97850
Tel: 541-910-4833
Fax: 541-962-7831
Email: jschemm@eoni.com

Jennifer R. Schwartz, OSB #072978
Law Office of Jennifer R. Schwartz
2521 SW Hamilton Court
Portland, Oregon 97239
Tel: 503-780-8281
Email: jenniferroseschwartz@gmail.com

  Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| **GREATER HELLS CANYON COUNCIL**, an Oregon nonprofit corporation, and **OREGON WILD**, an Oregon nonprofit corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>**KRIS STEIN,** District Ranger, Eagle Cap Ranger District, Wallowa-Whitman National Forest, in her official capacity; and **UNITED STATES FOREST SERVICE**, an agency of the United States Department of Agriculture,<br><br>    Defendants,<br><br>  and<br><br>**WALLOWA COUNTY**, a political subdivision of the State of Oregon,<br><br>    Defendant-Intervenor. | Case Number: 2:17-cv-00843-SU<br><br>**DECLARATION OF DAVID MANGOLD IN SUPPORT OF PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL** |

I, David Mangold, state and declare as follows:

1. I am a resident of Beaverton, Oregon and have personal knowledge of the facts set forth below.

2. I am owner and chief pilot of Northwest Aerial Imagery, LLC, a company which provides imagery services in the Pacific Northwest using unmanned aerial systems (UAS), informally referred to as drones. I started this business in January, 2017 and have since completed dozens of projects across the State of Oregon. During this time, I have exercised strict adherence to all Federal Aviation Administration (and other agency) guidelines and have experienced no complaints or mishaps. The scope of my projects ranges from wedding videos to aerial mapping projects for nation-wide companies.

3. On the morning of July 2, 2017, I captured footage of the Lostine River Valley during a series of flights for Oregon Wild at several different locations along the final (south-most) five miles of the Lostine Road (Forest Road 8120), south of Lostine, Oregon.

4. Attached as Exhibit 1 are six photographs from the UAS footage.

5. Attached as Exhibit 2 is a table indicating the precise location and orientation of the UAS camera when each image from Exhibit 1 was captured.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of October 2018.

_s/ David Mangold_
David Mangold

2 – DECLARATION OF DAVID MANGOLD IN SUPPORT OF PLAINTIFFS'
MOTION FOR INJUNCTION PENDING APPEAL