| image_label | photo_name | latitude | longitude | altitude_ft_AGL | orientation_approx |
|---|---|---|---|---|---|
| A | photo of river canyon.pdf | 45.340861 | -117.412072 | 293 | 170 |
| B | photo of river canyon 2.pdf | 45.340484 | -117.412147 | 224 | 170 |
| C | photo of river canyon 3.pdf | 45.339297 | -117.411701 | 254 | 170 |
| D | photo of river from above.pdf | 45.292072 | -117.395772 | 138 | 10 |
| E | photo of river 2.pdf | 45.292347 | -117.395658 | 15 | 350 |
| F | photo of green trees.pdf | 45.250798 | -117.376063 | 153 | 350 |



Photo A

Declaration of David Mangold
Exhibit 1, p. 2



Photo B

Declaration of David Mangold
Exhibit 1, p. 3



Photo C

Declaration of David Mangold
Exhibit 1, p. 4







Photo F

Image Capture Details

| Image Label | Latitude | Longitude | Alt. (ft AGL) | Orient. (deg from N) |
|:-:|:-:|:-:|:-:|:-:|
| A | 45.340861 | -117.412072 | 293 | ~170 |
| B | 45.340484 | -117.412147 | 224 | ~170 |
| C | 45.339297 | -117.411701 | 254 | ~170 |
| D | 45.292072 | -117.395772 | 138 | ~010 |
| E | 45.292347 | -117.395658 | 15 | ~350 |
| F | 45.250798 | -117.376063 | 153 | ~350 |