Jennifer R. Schemm, OSB #970086
Attorney at Law
602 O Avenue
La Grande, OR 97850
Tel: 541-910-4833
Fax: 541-962-7831
Email: jschemm@eoni.com

Jennifer R. Schwartz, OSB #072978
Law Office of Jennifer R. Schwartz
2521 SW Hamilton Court
Portland, Oregon 97239
Tel: 503-780-8281
Email: jenniferroseschwartz@gmail.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| **GREATER HELLS CANYON COUNCIL**, an Oregon nonprofit corporation, and **OREGON WILD**, an Oregon nonprofit corporation,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>**KRIS STEIN,** District Ranger, Eagle Cap Ranger District, Wallowa-Whitman National Forest, in her official capacity; and **UNITED STATES FOREST SERVICE**, an agency of the United States Department of Agriculture,<br><br>　　　　Defendants,<br><br>　　and<br><br>**WALLOWA COUNTY**, a political subdivision of the State of Oregon,<br><br>　　　　Defendant-Intervenor. | Case Number: 2:17-cv-00843-SU<br><br>**DECLARATION OF PRISCILLA COE IN SUPPORT OF PLAINTIFFS' MOTION FOR INJUNCTION PENDING APPEAL** |

I, Priscilla Kolb Coe, state and declare as follows:

1. I reside in La Grande, Oregon and have personal knowledge of the facts set forth below.

2. I have lived in La Grande for 42 years and worked as a GIS analyst for the Oregon Department of Fish and Wildlife for 32 years. I retired in 2017. In this capacity, I used GIS daily to analyze wildlife locational data. Last week, I was asked by plaintiffs to indicate where the photographs attached to David Mangold's declaration are located on the maps for the Lostine Corridor Public Safety Project ("Lostine Project"), AR11268-73. Mr. Mangold provided the geographic coordinates for the six photographs in his Exhibit 2. The photographs are labeled A-F.

3. In order to do this for plaintiffs, I imported the coordinates provided by Mr. Mangold in his Exhibit 2 and the GIS file of the treatment units provided by the plaintiffs into a GIS (ArcGIS Online). I recognize the GIS map area provided by plaintiffs to be the same area as the Lostine Project maps (AR11268-73). I then transferred the photo coordinate locations and labels to the Lostine Project maps (AR11268-73). *See* Exhibit A attached here, pp. 3, 5, 6.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 7th day of October 2018.

                                           *s/ Priscilla Kolb Coe*
                                           Priscilla Kolb Coe