# APPENDIX B:
# Lostine Project Detailed Maps



B-1

04/05/2017
Lostine Safety Project

# APPENDIX B:
# Lostine Project Detailed Maps



04/05/2017
Lostine Safety Project

# APPENDIX B:
# Lostine Project Detailed Maps



B-3

# APPENDIX B:
# Lostine Project Detailed Maps



B-4

04/05/2017
Lostine Safety Project

## APPENDIX B:
## Lostine Project Detailed Maps



B-5

04/05/2017
Lostine Safety Project

# APPENDIX B:
## Lostine Project Detailed Maps



B-6