

Declaration of Marina Richie
Exhibit A, p. 1



Declaration of Marina Richie
Exhibit A, p. 2



Declaration of Marina Richie
Exhibit A, p. 3



National Forest
TRAILHEAD
MAXWELL LAKE

National Forest
CAMPGROUND
SHADY



Declaration of Marina Richie
Exhibit A. p. 5



Declaration of Marina Richie
Exhibit A, p. 6





Declaration of Marina Richie
Exhibit A, p. 8









Declaration of Marina Richie
Exhibit A, p. 12





Declaration of Marina Richie
Exhibit A. p. 14





Declaration of Marina Richie
Exhibit A, p. 16



Declaration of Marina Richie
Exhibit A, p. 17



Declaration of Marina Richie
Exhibit A, p. 18



Declaration of Marina Richie
Exhibit A, p. 19



Declaration of Marina Richie
Exhibit A, p. 20





Declaration of Marina Richie
Exhibit A, p. 22

