Caroline Lobdell, Ore. Bar #021236
Scott W. Horngren, Ore. Bar #880604
Western Resources Legal Center
9220 SW Barbur Blvd., Suite 327
Portland, OR 97219
Telephone: (503) 768-8500
Fax: (503) 222-3255
Email: clobdell@wrlegal.org
Email: shorngren@wrlegal.org

Attorneys for Defendant-Intervenor

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PENDLETON DIVISION

| | |
|---|---|
| **HELLS CANYON PRESERVATION COUNCIL**, an Oregon non-profit corporation, and **OREGON WILD**, an Oregon non-profit corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>**KRIS STEIN**, in her official capacity as District Ranger of the Eagle Cap Ranger District, Wallowa-Whitman National Forest, and **UNITED STATES FOREST SERVICE**, and agency of the United States Department of the Agriculture,<br><br>    Defendants,<br><br>                     and<br><br>**WALLOWA COUNTY**,<br><br>    Defendant-Intervenor. | Case No. 2:17-cv-00843-SU<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Rule 83-11(b) of the Local Rules of the United States District Court for the District of Oregon, notice is hereby given that Shay S. Scott, OSB #934214, should be withdrawn as counsel for Wallowa County. Attorneys Caroline Lobdell and Scott W. Horngren will continue as counsel for the County.

DATED this 4th day of January, 2019.

/s/ Shay S. Scott
Shay S. Scott, Ore. Bar #934214

Western Resources Legal Center
9220 SW Barbur Blvd., Suite 327
Portland, OR 97219
Telephone: (503) 768-8500
Fax: (503) 222-3255
Email: sscott@wrlegal.org

NOTICE OF WITHDRAWAL OF COUNSEL – Page 1

## CERTIFICATE OF SERVICE

I, Shay S. Scott, hereby certify that I, on January 4, 2019, I caused the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL** to be served upon counsel of record through the Court's electronic service system.

Dated this 4th day of January, 2019.

    /s/ Shay S. Scott
    Shay S. Scott