SHAUN M. PETTIGREW
LILA C. JONES
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street, NW
Washington, D.C. 20004
Phone: (202) 305-3895 (Pettigrew)
       (202) 514-9859 (Jones)
Fax:   (202) 305-0506
shaun.pettigrew@usdoj.gov
lila.jones@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PENDLETON DIVISION

| | |
|---|---|
| GREATER HELLS CANYON COUNCIL and OREGON WILD, | Case No.: 2:17-CV-00843-SU |
| Plaintiffs, | |
| v. | NOTICE OF WITHDRAWAL OF COUNSEL FOR FEDERAL DEFENDANTS |
| DISTRICT RANGER KRIS STEIN, in her official capacity as District Ranger of the Eagle Cap Ranger District, Wallowa-Whitman National Forest and the UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture, | |
| Federal Defendants, | |
| and | |
| WALLOWA COUNTY, | |
| Intervenor-Defendant | |

## NOTICE OF WITHDRAWAL AS COUNSEL
## FOR FEDERAL DEFENDANTS

Pursuant to Local Rule 83-11(b), the United States respectfully provides notice of the withdrawal of Lila C. Jones as counsel for the Federal Defendants in the above-captioned action. Ms. Jones will no longer serve with the Natural Resources Section within the Environment and Natural Resources Division of the United States Department of Justice.  Ms. Jones can therefore no longer serve as counsel for Federal Defendants in this proceeding.  Shaun M. Pettigrew will continue to represent the Federal Defendants in this case as counsel of record on behalf of the United States in any remaining proceedings.

Respectfully submitted this 14 day of March 2019,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice

*/s/ Lila C. Jones*
LILA C. JONES
New Mexico Bar No. 148098
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20004
Tel: (202) 305-0484
Fax: (202) 305-0506
lila.jones@usdoj.gov

*Counsel for Federal Defendants*